**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6586**

GREGORY V. SMITH,

                Plaintiff - Appellant,

        v.

P. E. SPIVEY, Jail Director, Individual and Official
capacity; CHRIS PHILLIPS, Detective, Individual and Official
capacity,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  R. Bryan Harwell, District Judge.
(1:12-cv-00029-RBH)

Submitted: October 28, 2013          Decided: November 8, 2013

Before AGEE, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory V. Smith, Appellant Pro Se.  Daniel C. Plyler, DAVIDSON
& LINDEMANN, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory V. Smith appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Spivey, No. 1:12-cv-00029-RBH (D.S.C. Feb. 27 & Apr. 15, 2013). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED